United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                    Case No. 17-15672-pmm

Bruce Allen Wetherspoon                                                      Chapter 13

Della Tania Wetherspoon

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 10, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce Allen Wetherspoon, Della Tania Wetherspoon, 1302 Rye Street, Allentown, PA 18103-3018 |
| aty | + | MICHELLE DEWALD, 44 E. Broad Street, Suite 25, Bethlehem, PA 18018-5920 |
| 13971458 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 11 2022 00:06:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 11 2022 00:06:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13971445 | + | Email/Text: broman@amhfcu.org | Nov 11 2022 00:06:00 | American Heritage Credit Union, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 13971446 | + | Email/Text: broman@amhfcu.org | Nov 11 2022 00:06:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13971447 | + | Email/Text: bk@avant.com | Nov 11 2022 00:06:00 | Avant Inc, 640 N Lasalle St, Chicago, IL 60654-3781 |
| 13971448 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 11 2022 00:06:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 13971449 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 11 2022 00:13:52 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 13971450 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 11 2022 00:24:09 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13971451 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 11 2022 00:24:09 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13971452 | + | Email/Text: BKPT@cfna.com | Nov 11 2022 00:06:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14005043 | | Email/Text: BKPT@cfna.com | Nov 11 2022 00:06:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 13971454 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 11 2022 00:06:00 | Dept. of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13980386 | | Email/Text: mrdiscen@discover.com | Nov 11 2022 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13971453 | + | Email/Text: mrdiscen@discover.com | Nov 11 2022 00:06:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |

Case 17-15672-pmm   Doc 48   Filed 11/12/22   Entered 11/13/22 00:30:20   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 10, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 14008879 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 11 2022 00:06:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14028749 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 11 2022 00:13:29 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14319578 | Email/Text: camanagement@mtb.com | Nov 11 2022 00:06:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14024957 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 11 2022 00:06:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 13971455 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 11 2022 00:06:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 13971456 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 11 2022 00:06:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14012231 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 11 2022 00:13:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13971457 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 11 2022 00:24:11 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14013915 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 11 2022 00:13:52 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13994891 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 219236, STOP P-4500, Kansas City, MO 64121-9236 |
| 14013919 | *+ | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T Bank as servicer for Lakeview Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 10, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

JILL MANUEL-COUGHLIN
    on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Lakeview Loan Servicing LLC as serviced by M&T Bank mfarrington@kmllawgroup.com

MICHELLE DEWALD
    on behalf of Debtor Bruce Allen Wetherspoon mdewald@rcn.com

MICHELLE DEWALD
    on behalf of Joint Debtor Della Tania Wetherspoon mdewald@rcn.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Bruce Allen Wetherspoon and Della
Tania Wetherspoon
       Debtor(s)

Case No: 17−15672−pmm
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/10/22

45 − 41
Form 138OBJ